IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARTHUR JAMES GRIFFIN JR., | ) | 8:13CV88 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER ON MOTIONS TO** |
| TODD SCHMADERER, Omaha | ) | **MODIFY AND AMEND** |
| Police Chief, MIKE MYERS, | ) | |
| Director, and DOUGLAS COUNTY | ) | |
| DEPARTMENT CORRECTIONS, | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before me on five motions to modify filed by the plaintiff, Arthur James Griffin Jr. ("Griffin"). (Filing Nos. 43, 44, 45, 46 and 47.) In each motion, Griffin seeks to "modify" or "amend" evidence. (*Id.*) However, I dismissed this matter and entered judgment against Griffin on May 28, 2013, for failing to comply with my orders. (Filing Nos. 41 and 42.) Therefore, Griffin's motions are denied as moot.

    IT IS THEREFORE ORDERED that Arthur James Griffin Jr.'s motions to modify (filing nos. 43, 44, 45, 46 and 47) are denied as moot.

    Dated June 10, 2013.

                                        BY THE COURT

                                        Warren K. Urbom
                                        United States Senior District Judge